UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
APR 07 2025
At_____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INFORMATION** |
| | ) | (Twenty One Counts) |
| v. | ) | Case No.: 3:25-cr-__25_____ |
| | ) | |
| CHAD EUGENE METZGER | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE ACTING UNITED STATES ATTORNEY CHARGES:**

**COUNTS 1-21**

On or about the following dates, in the Northern District of Indiana,

**CHAD EUGENE METZGER,**

defendant herein, knowingly made a false statement and representation to each licensed firearms dealer listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each licensed firearms dealer listed below, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or another other controlled substance, when in fact he was an unlawful user of marijuana.

| COUNT | DATE | LICENSED FIREARMS DEALER |
|---|---|---|
| 1 | May 8, 2021 | FFL 1 |
| 2 | June 26, 2021 | FFL 2 |
| 3 | July 21, 2021 | FFL 1 |
| 4 | March 4, 2022 | FFL 1 |
| 5 | March 11, 2022 | FFL 1 |
| 6 | April 8, 2022 | FFL 1 |
| 7 | June 24, 2022 | FFL 1 |
| 8 | July 29, 2022 | FFL 1 |
| 9 | September 16, 2022 | FFL 1 |
| 10 | November 4, 2022 | FFL 1 |
| 11 | December 9, 2022 | FFL 1 |
| 12 | January 6, 2023 | FFL 1 |
| 13 | March 3, 2023 | FFL 1 |
| 14 | May 19, 2023 | FFL 1 |
| 15 | July 14, 2023 | FFL 1 |
| 16 | September 29, 2023 | FFL 1 |
| 17 | November 3, 2023 | FFL 1 |
| 18 | February 9, 2024 | FFL 1 |
| 19 | April 2, 2024 | FFL 3 |
| 20 | April 19, 2024 | FFL 3 |
| 21 | July 19, 2024 | FFL 3 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 21 of the Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 924(a)(1)(A) alleged in Counts 1 through 21 of the Information, the defendant, **CHAD EUGENE METZGER,** shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offenses.

APPROVED BY:

TINA L. NOMMAY
UNITED STATES ATTORNEY

By: s/ Lydia T. Lucius
Lydia T. Lucius
Assistant United States Attorney